UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-120
No. 25-1522

SAMUEL CARDENAS, Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA
(Agency No. A201-953-491)

Present: FREEMAN, Circuit Judge

1. Amended Motion filed by NIWAP, Inc., Legal Momentum and Tahirih Justice Center for Leave to File Amicus Curiae Brief in Support of Petitioner.

2. Amended Response filed by Respondent in Opposition to Amicus Motion for Leave to File Amicus Curiae Brief.

                                                                                                   Respectfully,
                                                                                                   Clerk/mcw

_____ORDER_____
The foregoing motion is granted.

                                                                                                   By the Court,

                                                                                                   s/Arianna J. Freeman
                                                                                                   Circuit Judge

Dated: July 3, 2025
MCW/cc: All Counsel of Record